**Electronically Filed**
**Supreme Court**
**SCPW-16-0000854**
**20-DEC-2016**
**03:28 PM**

SCPW-16-0000854

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MARIA D. SOMMERS, Petitioners,

vs.

THE HONORABLE PETER CAHILL, Judge of the Circuit Court of the
Second Circuit, State of Hawai'i, Respondent Judge,

and

CITIMORTGAGE ET AL., Respondents.

---

ORIGINAL PROCEEDING
(CR. NO. 11-1-0052)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, J.J.)

Upon consideration of petitioner Maria Sommers's petition for writ of mandamus, filed on December 8, 2016, and the record, it appears that petitioner fails to demonstrate that she is entitled to the requested "separate judgment" or a stay on any further rulings, or that she lacks alternative means to seek relief. Petitioner, therefore, is not entitled to the requested writ of mandamus. See Kema v. Gaddis, 91 Hawai'i 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack

of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, December 20, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

